BACHOOBAI WORONZOFF-DASCHKOFF, Respondent, *v.* ROMAN WORONZOFF-DASCHKOFF, Appellant.

Submitted October 8, 1951; decided October 11, 1951.

*William G. Mulligan, Alexis C. Coudert, Lewis B. Greenbaum* and *Edwyn Silberling* for motion.

*M. MacSchwebel* opposed.

Motion to dismiss appeal denied.   (See *De Nardo* v. *De Nardo,* 293 N. Y. 934.)